O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL D. BRAZELTON, Warden,<br><br>    Respondent. | NO. SACV 14-313-AG (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and Respondent's Response To Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

\\
\\
\\
\\
\\
\\
\\

     Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

     IT IS SO ORDERED.

DATED: __July 31, 2015__          .

                                  ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE